UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN MARTS, an individual,

          Plaintiff,

   v.

ESURANCE INSURANCE
COMPANY, a foreign insurance
company,

          Defendant.

C25-1572 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    A status conference in this matter is SET for Tuesday, June 23, 2026, at 1:30 p.m. to address Defendant's pending Motion to Continue Trial Date, docket no. 14. The status conference will be conducted in Courtroom 15206.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of June, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 1