UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN MARTS, an individual,

               Plaintiff,

    v.

ESURANCE INSURANCE
COMPANY, a foreign insurance
company,

               Defendant.

C25-1572 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    As the Court granted Defendant's Motion to Continue Trial Date, docket no. 14, following oral argument, see Minute Entry (docket no. 20), the Court now enters the following amended scheduling order:

| | |
|---|---|
| **JURY TRIAL DATE** | January 19, 2027 |
| Defendant's disclosure of any additional expert witnesses and serving their expert reports on Plaintiff by | September 4, 2026 |
| Plaintiff's rebuttal expert report(s) by | October 9, 2026 |
| All motions related to discovery must be filed by | October 13, 2026 |
| All remaining discovery completed by | October 15, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | October 30, 2026 |

MINUTE ORDER - 1

All motions related to expert witnesses (e.g., Daubert motion) must be filed by    November 6, 2026
     and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d))

All motions in limine should be filed by    December 21, 2026
     All motions in limine shall be presented in a joint submission, which shall be noted for the same day it is filed.[1]

Agreed Pretrial Order due[2]    December 28, 2026

Trial Briefs, proposed voir dire questions, and jury instructions due    December 28, 2026

Pretrial conference to be held at 10:00 a.m. on    January 8, 2027

All other provisions of the Court's prior scheduling order, docket no. 12, that are not affected by the foregoing shall remain in full force and effect.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of June, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

---

[1] The joint submission shall contain (i) an introductory statement summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2