UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MARTS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | C25-1572 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion, docket no. 38, to strike plaintiff's motion for partial summary judgment, docket no. 33, is DENIED.

(2) Plaintiff's motion for partial summary judgment, docket no. 33, is RENOTED to November 30, 2026, and it will be considered together with defendant's motion for summary judgment, docket no. 42.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk